# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lipp, Wendelin I. | Maryland- Bankruptcy Court | 04/22/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active US Bankrupty Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

6500 Cherrywood Lane
Third Floor
Greenbelt, Maryland 20770

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Walter Chandler American Bankruptcy Inn of Court |
| 2. | TRUSTEE FOR ▓▓▓▓ TRUST | N/A |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | ▆▆▆▆▆▆ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/22/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental property Montgomery County, MD ($148,000) | D | Rent | M | S | | | | | |
| 2. GE-common | D | Dividend | M | T | | | | | |
| 3. United Tech-common | D | Dividend | N | T | | | | | |
| 4. ▓▓▓▓▓ | | None | L | U | | | | | |
| 5. ▓▓▓▓▓▓▓ | | None | J | U | | | | | |
| 6. 401K | | | | | | | | | |
| 7. SWMXX | A | Dividend | N | T | | | | | |
| 8. EUEYX | A | Dividend | J | T | | | | | |
| 9. JENSX | A | Dividend | K | T | | | | | |
| 10. BJBIX | A | Dividend | J | T | | | | | |
| 11. Capital One Bank-Various Accounts | A | Interest | M | T | | | | | |
| 12. Acacia Whole Life Insuranc policy | A | Dividend | J | T | | | | | |
| 13. Acacia Whole Life Insurance policy | A | Dividend | K | T | | | | | |
| 14. AIG Sun America | A | Interest | J | T | | | | | |
| 15. IRA#1 | | | | | | | | | |
| 16. RBC Bank Deposit Program/cash | B | Interest | J | T | | | | | |
| 17. AGDAX | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HFLAX | A | Dividend | | | Sold | 11/04/14 | K | A | |
| 19. PONAX | B | Dividend | K | T | | | | | |
| 20. TPINX | B | Dividend | | | Sold | 11/04/14 | K | B | |
| 21. SGENX | D | Dividend | L | T | | | | | |
| 22. GIOAX | A | Dividend | | | Sold | 07/11/14 | K | A | |
| 23. GSDAX | A | Dividend | | | Sold | 03/26/14 | J | A | |
| 24. ITHAX | | None | K | T | Buy | 11/04/14 | K | | |
| 25. BME | | None | K | T | Buy | 11/04/14 | K | | |
| 26. NEFZX | | None | K | T | Buy | 07/14/14 | K | | |
| 27. TGTRX | | None | K | T | Buy | 11/04/14 | K | | |
| 28. UIT FT DIV. INCOME PLUS PORT SERIES 5 | A | Dividend | | | Sold | 02/20/14 | K | C | |
| 29. UIT FT SMID HIGH DIV.PORT SERIES 5 f/k/a SMDV5R UFT SMID DIV 5 | A | Dividend | | | Sold | 03/20/14 | K | D | |
| 30. UIT FT DIV. INC.PLUS PORT SERIES 8 | A | Dividend | | | Sold | 11/26/14 | K | C | |
| 31. UIT FTP, High Dividend Port Series Equity 10 | A | Dividend | | | Sold | 04/14/14 | L | D | |
| 32. GLOBAL X FDX (SDIV) | | None | K | T | | | | | |
| 33. UIT GUGG DEF PORT ZACKS INC SERIES 20 | A | Dividend | | | Sold (part) | 04/14/14 | K | A | |
| 34. | | | | | Sold (part) | 05/20/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 08/25/14 | J | A | |
| 36. | | | | | Sold | 12/25/14 | J | A | |
| 37. UIT FT DIV INC PLUS PORT SERIES 12 | A | Dividend | K | T | Buy | 02/20/14 | K | | |
| 38. UIT FT HIGH DIV EQUITY PORT SERIES 18 | | None | L | T | Buy | 04/15/14 | L | | |
| 39. UIT FT SER 16 DIV INC PLUS PORT | | None | K | T | Buy | 11/24/14 | K | | |
| 40. UIT FT SMID HIGH DIV PORT SERIES 12 | | None | K | T | Buy | 03/20/14 | K | | |
| 41. UIT GUGG DEF PORT SER 7 ZACKS IAS | | None | K | T | Buy | 04/15/14 | K | | |
| 42. WISDOMTREE TRUST MIDCAP DIV FD ETF (DON) | C | Dividend | K | T | | | | | |
| 43. WISDOMTREE TRUST SMALLCAP FUND ETF | B | Dividend | K | T | | | | | |
| 44. WISDOMTREE TR EUROPE HEDGE EQUITY FUND (HEDJ) | A | Dividend | | | Sold | 10/14/14 | J | A | |
| 45. WISDOMTREE TRUST EUROPE SMALLCAP DIV. FUND ETF (DFE) | A | Dividend | | | Sold | 10/14/14 | J | A | |
| 46. IRA#2: | | | | | | | | | |
| 47. Oppenheimer Value Fund (CGRWX) | A | Dividend | J | T | | | | | |
| 48. RBC BANK DEP PROG/CASH | A | Interest | J | T | | | | | |
| 49. Growth Fund of America MF | A | Dividend | J | T | | | | | |
| 50. Washington Mutual Investors Fund MT | A | Dividend | J | T | | | | | |
| 51. QQQ 100 Trust/Powershares | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Blackrock US Opportunities Portfolio Class A (BMEAX) | A | Dividend | J | T | | | | | |
| 53. Allianz RCM Global Technology-MF (RAGTX) | B | Dividend | K | T | | | | | |
| 54. Goldman Sachs Mid Value Fund-MF | A | Dividend | K | T | | | | | |
| 55. Ivy Asset Strategy Fund Class A (WASAX) | A | Dividend | J | T | | | | | |
| 56. Prudential Jennison 20/20 Focus Fund-MF | B | Dividend | L | T | | | | | |
| 57. Oppenheimer Value Fund Class A | A | Dividend | K | T | | | | | |
| 58. Oppenheimrer Amt-Free Municipals FD CL A | A | Interest | K | T | | | | | |
| 59. The Growth Fund of America-MF | B | Dividend | L | T | | | | | |
| 60. LMP Short Duration Muni Income Fund (SHDAX) | A | Interest | K | T | | | | | |
| 61. UIT FTP High Div Equity Portfolio 10 | A | Dividend | | | Sold (part) | 04/14/14 | K | D | |
| 62. | | | | | Sold | 05/30/14 | J | A | |
| 63. New Perspective Fund A | A | Dividend | L | T | | | | | |
| 64. Fundamental Investors A | A | Dividend | K | T | | | | | |
| 65. UIT FTP Dividend Income Plus Port Series 5 | A | Dividend | | | Sold (part) | 02/20/14 | K | D | |
| 66. | | | | | Sold | 04/08/14 | J | A | |
| 67. UIT FTP Dividend Strength Port Series 13 | | None | | | Sold | 01/21/14 | K | D | |
| 68. UIT FTP SMID High Div. Port Series 5 F/K/A UTS FTP SMID DIV STRENGTH | A | Dividend | | | Sold (part) | 03/20/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 05/20/14 | J | A | |
| 70. Citigroup SmithBarney Various Accounts | | None | | | Sold | 01/30/14 | J | A | |
| 71. Alpine Global Premier Fund | A | Dividend | | | Sold | 12/30/14 | J | A | |
| 72. UIT FTP, SMID Capital Strength Port Series 14 | | None | | | Sold | 09/15/14 | J | D | |
| 73. UIT FT SERIES 21 CAP STRENGTH PORT SEMI-ANNUAL | A | Dividend | K | T | | | | | |
| 74. DE | A | Dividend | | | Sold | 07/11/14 | J | D | |
| 75. EEP | | None | J | T | | | | | |
| 76. JOY | A | Dividend | | | Sold | 09/15/14 | J | C | |
| 77. STXAX | B | Int./Div. | K | T | | | | | |
| 78. MFC | A | Dividend | J | T | | | | | |
| 79. JTD | A | Dividend | J | T | | | | | |
| 80. ONEOK Partners LP | | None | J | T | | | | | |
| 81. UIT,GUGG, Zacks Income Advantage Strategy Series 20 | | None | | | Sold (part) | 04/14/14 | K | B | |
| 82. | | | | | Sold | 05/20/14 | J | A | |
| 83. UIT GUGG DEF PORT SERIES 2 MLP & ENERGY | A | Dividend | K | T | | | | | |
| 84. PGHYX | B | Dividend | | | Sold | 12/30/14 | K | A | |
| 85. XLK | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SPH | A | Interest | J | T | | | | | |
| 87. TPINX | B | Dividend | K | T | | | | | |
| 88. RIG | A | Dividend | J | T | | | | | |
| 89. CIBFX | A | Dividend | J | T | | | | | |
| 90. IGD | A | Dividend | | | Sold | 12/30/14 | J | A | |
| 91. DVY | A | Dividend | J | T | | | | | |
| 92. MOO | | None | | | Sold | 10/14/14 | J | B | |
| 93. SDIV | B | Dividend | | | Buy | 07/11/14 | K | | |
| 94. | | | | | Sold | 10/14/14 | K | A | |
| 95. ICE | A | Dividend | J | T | | | | | |
| 96. UIT FT HIGH DIV EQUITY PORT SER 18 | A | Dividend | L | T | Buy | 04/15/14 | L | | |
| 97. UIT FT DIV STRENGTH PORT SER 21 | A | Dividend | L | T | Buy | 01/21/14 | L | | |
| 98. UIT FT SMID HIGH DIV PORT SER 12 | B | Dividend | L | T | Buy | 03/20/14 | L | | |
| 99. UIT FTP DIV INC PLUS PORT SER 12 | B | Dividend | K | T | Buy | 02/20/14 | K | | |
| 100. UIT FT SMID SER 22 CAP STR PORT | A | Dividend | K | T | Buy | 09/16/14 | K | | |
| 101. UIT GUGG DEF PORT SER 7 ZACKS INC ADV | A | Dividend | K | T | Buy | 04/15/14 | K | | |
| 102. UIT GUGG DEF PORT SER 9 ZACKS INC ADV | A | Dividend | K | T | Buy | 11/14/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/22/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. Investments and Trusts:

No.1: The tax assessment is $148,000.


I have listed my position as Trustee in Part I, but I am no longer reporting the assets formerly listed below the words "TRUSTEE" because ▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆ receive any income from or have a beneficial interest in the principal or income from the trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Wendelin I. Lipp**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544